IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CARLOS ALBERTO REYES RIVAS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) CV 322-143 |
| WARDEN, USP ATLANTA, | ) ) ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Petitioner belatedly filed a brief in opposition to the motion to dismiss. (See doc. no. 9.) Nothing therein undermines the conclusion that the motion to dismiss should be granted because Petitioner failed to exhaust his administrative remedies. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **GRANTS** the motion to dismiss, (doc. no. 4), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal.

SO ORDERED this 13th day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE