AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CARLOS ALBERTO REYES RIVAS,

Petitioner,

v.

WARDEN, USP ATLANTA,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-143

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 13, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore the Respondent's Motion to Dismiss is granted, and Petitioner's Petition filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice. This action stands closed.

1/13/2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020